IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN FINK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INC RESEARCH HOLDINGS, INC., ALISTAIR MACDONALD, ROBERT W. BRECKON, DAVID Y. NORTON, DAVID F. BURGSTAHLER, LINDA S. HARTY, RICHARD N. KENDER, WILLIAM KLITGAARD, KENNETH F. MEYERS, MATTHEW E. MONAGHAN and ERIC P. PÂQUES,<br><br>Defendants. | Case No.  1:17-cv-00927-VAC-CJB<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not served an answer or a motion for summary judgment, Plaintiff Brian Fink hereby gives notice ("Notice") that the above-captioned action ("Action") is voluntarily dismissed with prejudice as to the Plaintiff, but without prejudice as to all other members of the putative class in the Action.

Dated:  November 1, 2017

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Fax: (302) 482-3612
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*